IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRANDON and SHELBY ROLLER, | CIVIL ACTION NO.: |
| Plaintiffs, | 1:20-CV-00140-AW-GRJ |
| v. | JURY TRIAL DEMANDED |
| JOSEPH HYCHE and DIEBOLD NIXDORF, INC. | |
| Defendants. | |

**DEFENDANT DIEBOLD NIXDORF, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant, Diebold Nixdorf, Inc., by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules of Civil Procedure for United States District Court for the District of Florida, submits this Corporate Disclosure Statement, stating as follows:

Diebold Nixdorf, Inc. is not a subsidiary or affiliate of a publicly owned corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ *Jon J. Hernan*

Jon J. Hernan
Florida Bar No.: 658588
**BOWMAN AND BROOKE LLP**
1064 Greenwood Blvd., Suite 212
Lake Mary, FL 32746-5419
(407) 585-7600 – Telephone
(407) 585-7610 – Facsimile
Jon.hernan@bowmanandbrooke.com

*Attorneys for Defendant Diebold Nixdorf, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via email on this 15th day of June, 2020 to the following:

Christopher P. Janes, Esq. FBN: 100072
Clayton Taylor, Esq. FBN: 17771
MICHLES & BOOTH, P.A.
1502 South Ferdon Blvd.
Crestview, FL  32536
Ph.: (850) 683-4848
Fax: (850) 683-8885
E-Mail: courtdocs@michlesbooth.com
          filing@michlesbooth.com

                                        Respectfully submitted,

                                        /s/ *Jon J. Hernan*

                                        Jon J. Hernan
                                        Florida Bar No.: 658588
                                        **BOWMAN AND BROOKE LLP**